# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 69

*April Term, A.D. 2021*

*May 19, 2021*

|  |  |
|---|---|
| KALEB PAUL KIRSOP, | |
| **Appellant**<br>**(Defendant),** | |
| **v.** | **S-21-0021** |
| THE STATE OF WYOMING, | |
| **Appellee**<br>**(Plaintiff).** | |

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to one count of second-degree sexual assault, one count of strangulation of a household member, and one count of felony stalking.  Wyo. Stat. Ann. § 6-2-303(a)(ii); § 6-2-509(a)(i); and § 6-2-506(b).  The district court imposed three concurrent sentences of eight to ten years.  Appellant filed this appeal to challenge the district court's October 7, 2020, "Judgment and Sentence."

[¶ 2]   On March 15, 2021, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal.  Appellant's *pro se* brief was due for filing on or before April 29, 2021.  Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's judgment and sentence should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Kaleb Paul Kirsop, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Sweetwater County District Court's October 7, 2020, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 19th day of May, 2021.

BY THE COURT:


/s/

**MICHAEL K. DAVIS**
**Chief Justice**